IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PAUL BRUGMAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FIDELITY NATIONAL TITLE<br>INSURANCE COMPANY, ET AL.,<br><br>　　　　Defendants.<br>_____ | Civ. No. 10-00521 JMS/KSC |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

　　Findings and Recommendation having been filed and served on all parties on December 10, 2010, and no objections having been filed by any party,

　　IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

　　IT IS SO ORDERED.

　　DATED: Honolulu, Hawaii, January 4, 2011.



/s/ J. Michael Seabright
_____
J. Michael Seabright
United States District Judge